# EXHIBIT C

## WILLIAM GRANT & SONS, INC.
### BILL OF LADING

| | | |
|---|---|---|
| DATE: | 07/05/2022 |
| TIME: | 14:54.32 |
| PAGE: | 1 |

**THIS MEMORANDUM** is an acknowledgment that a Bill of Lading has been issued and is not the Original Bill of Lading, nor a copy or duplicate, covering the property named herein , and is intended solely for filing or record.

RECEIVED, subject to the classification and tariffs in effect on the date of the receipt by the carrier of the property described in the Original Bill of Lading the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and condition of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all terms and conditions of the said bill of lading, including those of the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges Per (SEE SHIPPER TO THE RIGHT)

_____
(Signature of Consignor)

If charges are to be prepaid, write or stamp here. , "To Be Prepaid."

Charges advanced $ _____

Received $ _____ to apply in prepayment of the charges on the property described hereon

_____
Agent or Cashier

Per _____
(the signature here acknowledges only the amount prepaid)

| | | |
|---|---|---|
| BILL OF LADING NO: | 664771 | 07/05/2022 |
| CUSTOMER NUMBER: | 17268 | EDIP |

SHIP TO ADDRESS: BREAKTHRU BEVERAGE FLORIDA
6031 MADISON AVENUE
TAMPA , FL 33619
US - UNITED STATES

| | |
|---|---|
| FORWARDER: | Cornerstone |
| DELIVERY TERMS: | Ex Works |
| ORDER NO: | C655406 |
| CUSTOMER REF NO: | 4500992565 |
| FREIGHT TERMS: | COLLECT |

| PART NO | DESCRIPTION / SCC | STATE CODE | U/M | QUANTITY |
|---|---|---|---|---|
| 170635 | Milagro Anejo 6x750ml 40.0 CK DIV RD US | | CS | 2160 |
| | 10083664868978 | 138558 | | |

**\*\* DRIVER RESPONSIBLE FOR LOAD AND COUNT \*\***

(W6 seal 936142

| | | | | |
|---|---|---|---|---|
| UNIT WEIGHT: | 40,191.12 LB | VALUE: | $283,629.60 | QTY SHIPPED: 2,160 CASES |

| CAR OR VEHICLE INITIALS NO | CARRIER NO | LIQUOR LICENSE NO | CLASS/RATE | CHECK BY |
|---|---|---|---|---|
| 331974) | | 741108 | CK COL | |

| | | |
|---|---|---|
| SHIPPER: | | PICKED BY |
| SHIPPER'S PER | AGENT PER | |

Permanent post-office address of shipper, 130 Fieldcrest Ave., Raritan Center, Edison, NJ 08837    N.Y. Address: 300 Park Ave South Suite 600 New York, NY 10010

| | | | | |
|---|---|---|---|---|
| +The fibre boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon, and all other requirements | Rule 41 of the Consolidated Freight Classifications (+Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the interstate Commerce Commission.) | "If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "Carrier's or Shipper's weight" | NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property | The agreed or declared value of the property is hereby specifically stated, by the shipper to be not exceeding, PER |